IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT E. CUNEO, | ) | |
| | ) | Civil Action No. 05 - 1725 |
| Plaintiff, | ) | |
| | ) | Judge Joy Flowers Conti / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SETTLEMENT CAPITAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendants removed the above captioned case to this Court on December 15, 2005, and filed an Answer (Doc. No. 3) on February 8, 2006. Therefore,

**IT IS ORDERED** this 22nd day of February, 2006, that an Initial Scheduling Conference is scheduled before the undersigned for **March 16, 2006 at 11:30 AM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **March 9, 2006.**

BY THE COURT:

  s/Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc: Albert Cuneo
5245 Baptist Road
Pittsburgh, PA 15236-1721

Michael Andrew Green
1831 Chestnut Street
Suite 300
Philadelphia. PA 19103