IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT E. CUNEO, et al, | ) |
| | ) Civil Action No. 05 - 1725 |
| v. | ) |
| | ) |
| SETTLEMENT CAPITAL CORP. | ) |

## ORDER

Plaintiff filed a Motion for Discovery Disclosure and Adequacy of Response (Doc. No. 9) on June 13, 2006. Therefore,

**IT IS ORDERED** this 14th day of June, 2006, that Defendant file a response to the motion no later than June 27, 2006. Failure to file a response by June 27, 2006 will result in the motion being decided without the benefit of a response by Defendant.

**IT IS FURTHER ORDERED** that a Status Conference is scheduled before the undersigned on **June 30, 2006 at 11:00 AM** in Courtroom 7B of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All counsel of record.