IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ALBERT E. CUNEO, individually and     )
t/a A.E. CUNEO II FREELANCE           )
APPRAISAL SERVICES,                   )
               Plaintiff,     )
                             )
        v.             )          Civil Action No. 05-1725
                             )          Judge Joy Flowers Conti
SETTLEMENT CAPITAL                    )          Magistrate Judge Lisa Pupo Lenihan
CORPORATION                           )
           Defendant.       )


**MEMORANDUM ORDER**

        Plaintiffs' Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

        The Magistrate Judge's Report and Recommendation (the "R&R"), filed on July 27, 2007, recommended that Defendant's Motion for Summary Judgment be granted.  Objections were filed by the Plaintiff but withdrawn shortly thereafter.

        After review of the pleadings in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 31st day of August, 2007:

**IT IS HEREBY ORDERED**  that Defendant's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

The Clerk shall mark this case closed.

/s/ Joy Flowers Conti
Judge Joy Flowers Conti
United States District Judge